```
 1 | THOMAS P. O'BRIEN
   | United States Attorney
 2 | LEON W. WEIDMAN
   | Assistant United States Attorney
 3 | Chief, Civil Division
   | JOHN E. LEE (CBN 128696)
 4 | Assistant United States Attorney
   |      Room 7516 Federal Building
 5 |      300 North Los Angeles Street
   |      Los Angeles, California 90012
 6 |      Telephone: (213) 894-3995
   |      Facsimile: (213) 894-2380
 7 |      Email:  john.lee2@usdoj.gov
   |                                          E-FILED 03-20-08
 8 | Attorneys for Respondents                 JS-6
   | U.S. CITIZENSHIP & IMMIGRATION
 9 | SERVICES; MICHAEL CHERTOFF; MICHAEL
   | MUKASEY; and JANE ARELLANO
10 |
11 |
   |                   UNITED STATES DISTRICT COURT
12 |
   |              FOR THE CENTRAL DISTRICT OF CALIFORNIA
13 |
   |                         WESTERN DIVISION
14 |
15 | ARAKEL BURMAYAN,                )  CV 07-2967 PSG(Ex)
   |                                 )
16 |        Petitioner,              )  [PROPOSED] ORDER DISMISSING
   |                                 )  ACTION
17 |   v.                            )
   |                                 )
18 | U.S. CITIZENSHIP &              )
   | IMMIGRATION SERVICES (through   )
19 | its Los Angeles District        )
   | Office and Administrative       )
20 | Appeals Office), an agency of   )
   | U.S. Department of Homeland     )
21 | Security; MICHAEL CHERTOFF,     )
   | as Secretary of Homeland        )
22 | Security; MICHAEL MUKASEY, as   )
   | Attorney General; and JANE      )
23 | ARELLANO, District Director,    )
   | Los Angeles District Office,    )
24 |                                 )
   |        Respondents.             )
25 |                                 )
   |                                 )
26 | _____ )
27 |
28 |
```

(In "[PROPOSED]", the word PROPOSED is struck through; "ORDER DISMISSING ACTION" is underlined.)

1 | Upon stipulation of the parties, and good cause appearing,
2 | IT IS HEREBY ORDERED as follows:
3 |     1. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil
4 |        Procedure, this action is dismissed with prejudice.
5 |     2. Respondents shall be entitled to recover from
6 |        petitioner their costs in this matter, up to a maximum
7 |        amount of $1,000.

DATED:  **3/19/08**

## PHILIP S. GUTIERREZ

HON. PHILIP S. GUTIERREZ
United States District Judge